## Johnson v. Pearce.

Appeal from Montgomery Chancery Court.

Heard before the Hon. John A. Foster.

Richardson & Reese, for appellants.

Arrington & Graham, contra.

Bill in equity by the appellants against the appellees for the establishment of a lien. Decree in favor of defendants. Complainants appeal. Decree affirmed.
Opinion by Brickell, C. J.

---

## Averheart v. University of Alabama.

Appeal from Birmingham City Court.

Tried before the Hon. W. W. Wilkerson.

H. K. White, for appellant.

Webb & Tillman, contra.

This was a common law action of ejectment, brought by the appellee against the appellant. There was judgment for the plaintiff. Judgment affirmed.
Opinion by McClellan, J.